IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN W. MAGNESS
ADC #150340                                                                                    PLAINTIFF

v.                        CASE NO. 4:19-CV-00674 BSM

WENDY KELLEY, *et al.*                                                                    DEFENDANTS

## ORDER

Having reviewed the proposed findings and recommendations ("RD") of Magistrate Judge Jerome T. Kearney [Doc. No. 31] and the entire record, *de novo,* the RD is adopted and defendants Dexter Payne and Rory Griffin are dismissed with prejudice.

IT IS SO ORDERED this 24th day of March 2020

                                                                       UNITED STATES DISTRICT JUDGE