IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN W. MAGNESS**     **PLAINTIFF**
**ADC #150340**

v.     **CASE NO. 4:19-CV-00674 BSM**

**WENDY KELLEY,** *et al.*     **DEFENDANTS**

## ORDER

Having carefully reviewed the proposed findings and recommendations ("RD") of Magistrate Judge Jerome T. Kearney [Doc. No. 44], the RD is adopted. Jason Kelley's motion to dismiss [Doc. No. 38] is granted, and this case is dismissed. John Magness's motion to appoint counsel and stay the case [Doc. No. 46] is denied as moot.

IT IS SO ORDERED this 13th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE